# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-158-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SHEAN MOORE, | |
| Defendant. | |

At the request of the U.S. Marshals Service,

**IT IS HEREBY ORDERED** that the sentencing hearing presently set VIA VIDEO from the Big Horn County Jail on Wednesday, September 16, 2020 at 9:30 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Sentencing Hearing is **RESET VIA VIDEO from the Yellowstone County Detention Facility (Billings)** on **Wednesday, September 16, 2020 at 1:00 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must

1

file a motion to continue the hearing to allow time for the defendant to be transported.

The Clerk of Court is directed to notify counsel, the U.S. Marshals Service and Michael Cuthbert of the making of this Order.

DATED this ____9____ day of September, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

2